IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

Case No. 1:21-cv-02867-RM-NYW

BROADBAND iTV, INC.,

    Plaintiff,

v.

DISH NETWORK L.L.C.,

    Defendant.

**JOINT STIPULATION OF DISMISSAL WITH
PREJUDICE OF ALL CLAIMS**

Pursuant to Federal Rule of Civil Procedure 41 and D.C.COLO.LCivR 40.2(b), Plaintiff BROADBAND iTV, INC. and Defendant DISH NETWORK L.L.C. notify the Court that the parties have resolved their disputes in the above-captioned action. Under Rule 41(a)(1)(A)(ii), the parties jointly stipulate to dismiss all claims in this case with prejudice. Each party will bear its own fees and costs.

**CERTIFICATE OF CONFERENCE**

Pursuant to D.C.COLO.LCivR 7.1, counsel for the parties conferred regarding the present motion and reached agreement to jointly file the stipulated motion on December 1, 2021.

- 2 -

| | |
|---|---|
| Dated: December 1, 2021 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

By:  /s/ *Alyssa Caridis*

Clement Seth Roberts (CA Bar No. 209203)
croberts@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700

Alyssa Caridis (CA Bar No. 260103)
acaridis@orrick.com
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
Telephone: 213-629-2020

Attorneys for Defendant DISH Network, L.L.C.

Dated:  December 1, 2021.

By /s/  M. Elizabeth Day

FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP
Robert F. Kramer
rkramer@feinday.com
M. Elizabeth Day
eday@feinday.com
David Alberti
dalberti@feinday.com
Sal Lim
slim@feinday.com
Russell S. Tonkovich
rtonkovich@feinday.com
Marc Belloli)
mbelloli@feinday.com
Lawrence G. McDonough
lmcdonough@feinday.com
Hong Lin
hlin@feinday.com
Sven Raz
sraz@feinday.com
Jeremiah A. Armstrong
jarmstrong@feinday.com
Andrew Hamill
ahamill@feinday.com
Ryan Dooley
rdooley@feinday.com
Aidan Brewster
abrewster@feinday.com
Robert Y. Xie
rxie@feinday.com
577 Airport Blvd., Suite 250
Burlingame, California 94010
Tel: 650-825-4300
Fax: 650-460-8443

Attorneys for Plaintiff
BROADBAND iTV, INC.

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 1, 2021, a copy of the foregoing was served electronically, via CM/ECF, on all counsel of record who are deemed to have consented such service under the Court's local rules.

By: */s/ M. Elizabeth Day*